UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA OTTE,<br><br>            Plaintiff,<br>     vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 10-1478 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 8.) |

Plaintiff's counsel filed a notice that settlement has been reached.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 15, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the November 2, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   September 15, 2010**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE